The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RASHUAN T. NAIR,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATE OF AMERICA,<br><br>    Respondent. | NO. CV 19-1751 JLR<br><br>**STIPULATED SCHEDULING ORDER FOR SECTION 2255 MOTION**<br><br>**Noting Date: November 5, 2019** |

This matter comes before the Court on Petitioner Rashaun T. Nair's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence (Dkt. No. 1). The Court, having reviewed Petitioner's motion, hereby ORDERS that:

(1) By November 22, 2019, the United States shall file and serve an Answer in accordance with Rule 5 of the Rules Governing Section 2255 Cases in United States District Courts. As part of such Answer, the United States should state its position as to whether an evidentiary hearing is necessary, whether there is any issue as to abuse or delay under Rule 9, and whether petitioner's motion is barred by the statute of limitations.

SCHEDULING ORDER FOR SECTION 2255 MOTION - 1
*Nair v. United States of America*/CV 19-1751 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

|   |   |
|---|---|
| 1 | (2) On the face of the Answer, the United States shall note the Answer for |
| 2 | consideration on the fourth Friday after it is filed, and the Clerk shall note the Answer |
| 3 | accordingly. |
| 4 | (3) Petitioner may file and serve a Reply to the Answer no later than December 6, |
| 5 | 2019. |
| 6 | (4) Filing and Service by Parties Generally |
| 7 | All attorneys admitted to practice before this Court are required to file documents |
| 8 | electronically via the Court's CM/ECF system. Counsel are directed to the Court's |
| 9 | website, www.wawd.uscourts.gov, for a detailed description of the requirements for |
| 10 | filing via CM/ECF. All non-attorneys, such as pro se parties and/or prisoners, may |
| 11 | continue to file a paper original of any document for the Court's consideration. A party |
| 12 | filing a paper original does not need to file a chambers copy. All filings, whether filed |
| 13 | electronically or in traditional paper format, must indicate in the upper right hand corner |
| 14 | the name of the Judge to whom the document is directed. |
| 15 | For any party filing electronically, when the total of all pages of a filing exceeds |
| 16 | fifty (50) pages in length, a paper copy of the document (with tabs or other organizing |
| 17 | aids as necessary) shall be delivered to the Clerk's Office for chambers. The chambers |
| 18 | copy must be clearly marked with the words "Courtesy Copy of Electronic Filing for |
| 19 | Chambers." |
| 20 | // |
| 21 | // |
| 22 | // |
| 23 | // |
| 24 | // |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 |   |

SCHEDULING ORDER FOR SECTION 2255 MOTION - 2
*Nair v. United States of America*/CV 19-1751 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Additionally, any document filed with the Court must be accompanied by proof that it has been served upon all parties that have entered a notice of appearance in the underlying matter.

DATED this 7th day of November, 2019.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Amy Jaquette*
AMY JAQUETTE
Assistant United States Attorney
700 Stewart St Ste 5220
Seattle, WA 98101
Phone: (206) 553-4127
Email: amy.jaquette@usdoj.gov

*s/ Jesse Cantor*
JESSE CANTOR
Federal Public Defender
Westlake Center Office Tower
1601 5th Ave Ste 700
Seattle, WA 98101
Phone: (206) 553-1100
Email: jesse_cantor@fd.org

SCHEDULING ORDER FOR SECTION 2255 MOTION - 3
*Nair v. United States of America*/CV 19-1751 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

*s/ Josielynn Estrella*
JOSIELYNN ESTRELLA
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-4222
Email: Josielynn.estrella@usdoj.gov

SCHEDULING ORDER FOR SECTION 2255 MOTION - 4
*Nair v. United States of America*/CV 19-1751 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970