# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RASHAUN T. NAIR,<br><br>          Petitioner,<br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>          Respondent. | CASE NO. C19-1751JLR<br><br>ORDER |

Before the court is Respondent United States of America's ("the Government") motion to seal certain documents filed as exhibits to its answer opposing Petitioner Rashaun T. Nair's 28 U.S.C. § 2255 petition. (MTS (Dkt. # 8).) The Government's motion was noted for December 6, 2019. (*Id.* at 1.) Any opposition to the motion was due on Wednesday, December 4, 2019. *See* Local Rules W.D. Wash. LCR 7(d)(2). No opposition was filed. (*See generally* Dkt.) The court may consider the lack of any opposition as an admission that the motion has merit. *See* Local Rules W.D. Wash. LCR 7(b)(2). Further, the court has reviewed the materials that the Government placed under

seal and agrees that these documents contain "sensitive information" that warrants sealing. (*See* MTS at 2.) Accordingly, the court GRANTS the Government's motion (Dkt. # 8) and DIRECTS the Clerk to maintain the docket number 9 and each attachment to docket number 9 under seal.

Dated this 6th day of December, 2019.

JAMES L. ROBART
United States District Judge