# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RASHAUN T. NAIR,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C19-1751JLR |

\_\_\_ **Jury Verdict**.  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court**.  This action came to consideration before the court. The issues have been considered and a decision has been rendered.

 THE COURT HAS ORDERED THAT

 For the reasons set forth in the court's March 30, 2020, order (Dkt. # 19), judgment is entered in favor of Petitioner Rashaun T. Nair and against Respondent United States of America.

 Filed this 31st day of March, 2020.

              WILLIAM M. MCCOOL
              Clerk of Court

               s/ Ashleigh Drecktrah
              Deputy Clerk